# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

ANN SALLEY-JONES,

    Plaintiff,

v.

WILLIAM PELZER, et al.,

    Defendants.

Civil Action No. 18-812 (MAS) (TJB)

**MEMORANDUM ORDER**

This matter comes before the Court upon Plaintiff Ann Salley-Jones's ("Plaintiff") application to proceed without prepayment of fees pursuant to 28 U.S.C. § 1915. (Appl., ECF No. 3.) In the application, Plaintiff indicated that she anticipates changes to her monthly income during the next twelve months, however, she fails to describe those changes, as the application requires. (*Id.*) Plaintiff also fails to provide a value for the income she expects to receive next month. (*Id.*) Therefore, because Plaintiff failed to explain the anticipated changes to her income, and how those changes will affect her future income, the Court is unable to discern whether Plaintiff's financial condition renders payment of the $400 filing fee a hardship. The Court, accordingly, denies Plaintiff's application to proceed *in forma pauperis*, but finds good cause to allow Plaintiff the opportunity to submit another application clarifying the above-referenced ambiguity.

Accordingly,

**IT IS** on this 27th day of August 2019, **ORDERED** that:

1. Plaintiff's application to proceed *in forma pauperis* (ECF No. 3) is **DENIED**.

2. The Clerk shall close this matter.

3. The Court allows Plaintiff one final opportunity to demonstrate financial hardship pursuant to 28 U.S.C. § 1915.

4. By **September 27th, 2019**, Plaintiff may submit a new *in forma pauperis* application, the form of which is attached to this Memorandum Order. **Plaintiff must comply with the instructions provided in the application.** Alternatively, by **September 27th, 2019**, Plaintiff may submit the $400 filing fee, and the Clerk will reopen the matter.

*/s/ Michael A. Shipp*
MICHAEL A. SHIPP
UNITED STATES DISTRICT JUDGE